UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AMY L. JONES | * | CIVIL ACTION NO. 20-718 |
| | * | |
| VERSUS | * | SECTION: "A"(1) |
| | * | |
| ANDREW SAUL, COMMISSIONER OF | * | JUDGE JAY C. ZAINEY |
| THE SOCIAL SECURITY | * | |
| ADMINISTRATION | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| ************************************ | * | |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

IT IS ORDERED that the Motion for Summary Judgment filed by the plaintiff (Rec. Doc.19) is DENIED and the Motion for Summary Judgment filed by the Commissioner (Rec. Doc. 20) is GRANTED.

July 23, 2021

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE